UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERARDO REVELES,

Plaintiff,

v.

R. FOWLDS,

Defendant.

Case No. 1:24-cv-01504-FJS (PC)

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AND STAY OF PROCEEDINGS

(ECF No. 15)

Plaintiff Gerardo Reveles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has not yet screened the complaint.

Plaintiff moves for an early settlement conference and stay of proceedings. (ECF No. 15.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii).

As noted above, the court has not yet screened the complaint. As such, this action does not yet proceed on any cognizable claims, no defendant has been ordered served, and no defendant has yet made an appearance. The court's practice is to refer cases to an early settlement conference once the complaint has been screened and Defendant has filed an answer.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a settlement conference and stay of proceedings, (ECF No. 15), is DENIED without prejudice as premature.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE